# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**

JUN 18 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

E-filing

**C 07 3256**

Re: Charles E. Sims, plaintiff

Adversary Case: 05-3241 TC

v

Thomas E. Carlson

**JSW**

Allied Management Trust
K. Yeganeh, defendants

**FILED**

JUN 20 2007

Dear Mr. Wieking:

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[X] Enclosed please find a conformed copy of the notice of appeal, election to district court document, appellant designation, statement of issues and proof of service, a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to *United States Bankruptcy Court, San Francisco Division*.

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated: June 18, 2007

By: _____
ANNA CHO-WONG

Deputy Clerk     Anna Cho-Wong

PreAct, APPEAL

## U.S. Bankruptcy Court
### Northern District of California (San Francisco)
### Adversary Proceeding #: 05-03241
Internal Use Only

*Assigned to:* Judge Thomas E. Carlson    **E-filing**      *Date Filed:* 02/18/05
*Related BK Case:* 05-30047
*Related BK Title:* Ramin Yeganeh
*Related BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 454 Recover Money/Property

**C 07   3256 JSW**

**Plaintiff**
-----------------------

**Charles E. Sims**              represented by **Charles P. Maher**
                                          Luce, Forward, Hamilton and Scripps
                                          121 Spear St. #200
                                          San Francisco, CA 94105
                                          (415) 356-4600
                                          Email: cmaher@luce.com
                                          *LEAD ATTORNEY*

                                          **Nhung Le**
                                          Luce, Forward, Hamilton and Scripps



UNITED STATES BANKRUPTCY COURT    121 Spear St. #200
Northern District of California          San Francisco, CA 94105
I certify that this is a true, correct and full copy    (415) 356-4600
of the original document on file in my custody.    Email: nle@luce.com
Dated   6-18-07
by   *[signature]*
Deputy Clerk

**V.**

**Defendant**
-----------------------

**Allied Management Trust**
**K. Yeganeh**                          represented by **K. Yeganeh**
                                          PRO SE

**Counter-Claimant**
-----------------------

**Allied Management Trust**           represented by **Jonathan G. Chance**
                                          JC Law Offices
                                          2000 Broadway St.
                                          Redwood City, CA 94063
                                          (650) 299-1269
                                          Email: jonathan@jc-law.net

**V.**

**Counter-Defendant**
-----------------------

**Charles E. Sims**               represented by **Charles P. Maher**
                                          Luce, Forward, Hamilton and Scripps
                                          121 Spear St. #200
                                          San Francisco, CA 94105

(415) 356-4600
Email: cmaher@luce.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/18/2005 | ●1 | 454 (Recover Money/Property): Complaint by Charles E. Sims against Allied Management Trust Fee Amount $150. (Attachments: # 1 AP Cover Sheet # 2 Order re Initial Disclosures and Discovery Conference [TO BE ISSUED BY CLERK]# 3 Summons [TO BE ISSUED BY CLERK]) (Maher, Charles) (Entered: 02/18/2005) |
| 02/18/2005 | | Receipt of filing fee for Complaint(05-03241) [cmp,cmp] ( 150.00). Receipt number 1899776, amount $ 150.00 (U.S. Treasury) (Entered: 02/18/2005) |
| 02/23/2005 | ●2 | Summons Issued on Allied Management Trust Answer Due 3/25/2005. Status Conference to be held on 4/21/2005 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 02/23/2005) |
| 02/23/2005 | ●3 | Order Regarding Initial Disclosures and Discovery Conference . (dmb, ) (Entered: 02/23/2005) |
| 02/28/2005 | ●4 | Certificate of Service (RE: related document(s)1 Complaint,, 2 Summons Issued, 3 Discovery Order). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 02/28/2005) |
| 03/25/2005 | ●6 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service of Process . (dmb, ) (Entered: 04/01/2005) |
| 03/25/2005 | ●7 | Notice of Hearing Filed By Defendant K. Yeganeh (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 4/29/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. . (dmb, ) (Entered: 04/01/2005) |
| 03/29/2005 | ●5 | Alias Summons to be Issued on Allied Management Trust (RE: related document(s)1 Complaint, filed by Plaintiff Charles E. Sims). (Le, Nhung) (Entered: 03/29/2005) |
| 04/01/2005 | ●8 | Alias Summons Issued on Allied Management Trust Date Issued 4/1/2005, Answer Due 5/2/2005. Status Conference to be held on 6/23/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (dmb, ) (Entered: 04/01/2005) |
| 04/04/2005 | ●9 | Certificate of Service (RE: related document(s)1 Complaint,, 3 Discovery Order, 8 Alias Summons Issued). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 04/04/2005) |
| 04/15/2005 | ●10 | Brief/Memorandum in Opposition to *Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Certificate of Service) (Le, Nhung) (Entered: 04/15/2005) |
| 04/22/2005 | ●11 | Order To Continue Hearing (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). Hearing to be held on 5/16/2005 at 9:30 AM San Francisco Courtroom 23 - Carlson for 6, (dmb, ) (Entered: 04/25/2005) |
| 04/27/2005 | ●12 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)11 Order to Continued Hearing). Service Date 04/27/2005. (Admin.) (Entered: 04/27/2005) |
| 04/29/2005 | ●13 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service of Process . (dmb, ) (Entered: 05/03/2005) |
| 04/29/2005 | ●14 | Notice of Hearing (RE: related document(s)13 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 6/24/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. . (dmb, ) (Entered: 05/03/2005) |

Case 4:07-cv-03256-CW     Document 1-2     Filed 06/20/2007     Page 3 of 10

| | | |
|---|---|---|
| 04/29/2005 | ●15 | Notice Regarding Taking Process Off Calendar (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). . (dmb, ) (Entered: 05/03/2005) |
| 05/04/2005 | ●16 | Ex Parte Motion to Expedite Hearing *on Defendant's Motion to Dismiss for Insufficiency of Service of Process* Filed by Plaintiff Charles E. Sims (RE: related document(s)14 Notice of Hearing). (Attachments: # 1 Declaration # 2 Exhibit A-C to Declaration# 3 Certificate of Service) (Le, Nhung) (Entered: 05/04/2005) |
| 05/06/2005 | ●18 | Objection To (RE: related document(s)13 EX Parte Motion to Dismiss Adversary Proceeding). (dmb, ) (Entered: 05/11/2005) |
| 05/11/2005 | ●17 | Brief/Memorandum in Opposition to *Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)13 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Exhibit A-D to Declaration# 3 Certificate of Service) (Le, Nhung) (Entered: 05/11/2005) |
| 05/11/2005 | ●19 | Order Granting Motion To Expedite Hearing (Related Doc # 16) Hearing scheduled for 5/16/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 05/12/2005) |
| 05/13/2005 | ●20 | Notice of Entry of Order Regarding: *Order Advancing Hearing on Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)19 Order on Motion to Expedite Hearing). Filed by Plaintiff Charles E. Sims. (Attachments: # (1) Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/13/2005 | ●21 | Stipulation, Entry of Order Extending Time to File Answer Filed by Plaintiff Charles E. Sims, Defendant Allied Management Trust. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/14/2005 | ●22 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)19 Order on Motion to Expedite Hearing). Service Date 05/14/2005. (Admin.) (Entered: 05/14/2005) |
| 05/18/2005 | ●23 | Order Extending Time To File Answer (RE: related document(s)21 Stipulation for Miscellaneous Relief filed by Plaintiff Charles E. Sims, Defendant Allied Management Trust). (dmb, ) (Entered: 05/19/2005) |
| 05/21/2005 | ●24 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)23 Order). Service Date 05/21/2005. (Admin.) (Entered: 05/21/2005) |
| 06/08/2005 | ●25 | Amended Complaint *for Avoidance and Recovery of Fraudulent Transfers* by Nhung Le on behalf of Charles E. Sims against all defendants. (RE: related document(s)1 Complaint, filed by Plaintiff Charles E. Sims). (Attachments: # 1 Second Alias Summons [TO BE ISSUED BY CLERK]# 2 Order re Initial Disclosures and Discovery Conference [TO BE ISSUED BY CLERK]) (Le, Nhung) (Entered: 06/08/2005) |
| 06/09/2005 | ●26 | Second Alias Summons Issued on Allied Management Trust Date Issued 6/9/2005, Answer Due 7/11/2005. Status Conference to be held on 9/22/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (dmb, ) Modified on 6/9/2005 (dmb, ). (Entered: 06/09/2005) |
| 06/09/2005 | ●27 | Answer to Complaint Filed by K. Yeganeh Trustee for Defendant Allied Management Trust . (dmb, ) (Entered: 06/13/2005) |
| 06/09/2005 | ●28 | Counterclaim For Damages by Defendant/Counterclaimant K. Yeganeh Trustee For Allied Management Trust against Charles E. Sims (dmb, ) (Entered: 06/13/2005) |
| 06/17/2005 | ●29 | Order Regarding Initial Disclosures and Discovery Conference . (Referred to Second Alias Issued.) (dmb, ) (Entered: 06/17/2005) |

| 06/17/2005 | ●30 | Certificate of Service (RE: related document(s)25 Amended Complaint,, 26 Alias Summons Issued, 29 Discovery Order). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 06/17/2005) |
| 06/23/2005 | ● | Hearing Held (Status Conference continued to 9/22/05 at 10:00 AM). (RE: related document(s)8 Alias Summons Issued). (gh, ) (Entered: 06/27/2005) |
| 06/29/2005 | ●31 | Motion *to Strike the Counterclaim of K. Yeganeh, Trustee of Allied Management Trust; and Request for Attorney's Fees* Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Attachments: # 1 Memorandum in Support of Motion to Strike# 2 Declaration of Charles P. Maher in Support of Motion to Strike# 3 Exhibits A through E - Maher Declaration# 4 Exhibits F through L - Maher Declaration# 5 Declaration of Charles E. Sims in Support of Motion to Strike# 6 Exhibits A through C - Sims Declaration# 7 Declaration of Jeffrey L. Fillerup in Support of Motion to Strike# 8 Exhibit A - Fillerup Declaration# 9 Certificate of Service) (Maher, Charles) (Entered: 06/29/2005) |
| 06/29/2005 | ●32 | Notice of Hearing *on Motion to Strike the Counterclaim of K. Yeganeh, Trustee of Allied Management Trust; and Request for Attorney's Fees* (RE: related document(s)31 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 8/3/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Maher, Charles) (Entered: 06/29/2005) |
| 07/08/2005 | ●33 | Answer to First Amended Complaint Filed by Allied Management Trust and K. Yeganeh . (dmb, ) (Entered: 07/12/2005) |
| 07/08/2005 | ●34 | Notice Of Dismissal of (RE: related document(s)28 Counterclaim filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). Filed by Defendant Allied Management Trust , Counter-Claimant Allied Management Trust . (dmb, ) (Entered: 07/12/2005) |
| 07/20/2005 | ●37 | Response to (RE: related document(s)31 Motion Miscellaneous Relief, , ). Filed by Defendant Allied Management Trust , Counter-Claimant Allied Management Trust (dmb, ) (Entered: 07/21/2005) |
| 07/21/2005 | ●35 | Response to *motion to strike* (RE: related document(s)31 Motion Miscellaneous Relief,, ). Filed by Counter-Claimant Allied Management Trust (Chance, Jonathan) (Entered: 07/21/2005) |
| 07/21/2005 | ●36 | Declaration of K. Yeganeh in opposition of *Trustee's motion to strike* (RE: related document(s)35 Response). Filed by Counter-Claimant Allied Management Trust (Chance, Jonathan) (Entered: 07/21/2005) |
| 07/27/2005 | ●38 | Reply to : *Reply Memorandum in Support of Motion to Strike Counterclaim; Request for Attorney's Fees* (RE: related document(s)35 Response, 36 Declaration). Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims (Attachments: # 1 Supplemental Declaration of Jeffrey L. Fillerup in Support of Motion to Strike Counterclaim# 2 Certificate of Service) (Maher, Charles) (Entered: 07/27/2005) |
| 08/03/2005 | ● | Hearing Held (matter is submitted) (RE: related document(s)31 Motion *to Strike the Counterclaim of K. Yeganeh, Trustee of Allied Management Trust; and Request for Attorney's Fees*, 32 Notice of Hearing, ). (gh, ) (Entered: 08/03/2005) |
| 08/03/2005 | ●39 | Order Granting Motion for Miscellaneous Relief(Related Doc # 31) (jjg, ) (Entered: 08/04/2005) |
| 08/06/2005 | ●40 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)39 Order on Motion for Miscellaneous Relief). Service Date 08/06/2005. (Admin.) (Entered: 08/06/2005) |

| 09/16/2005 | ❶41 | Stipulation, STIPULATION REGARDING ATTORNEY'S FEES AWARD AND MOTION TO STRIKE ORDER Filed by Plaintiff Charles E. Sims, Defendant Allied Management Trust. (Maher, Charles) (Entered: 09/16/2005) |
|---|---|---|
| 09/21/2005 | ❶42 | Order Regarding Attorney's Fees Award and Motion to Strike Order (RE: related document(s)31 Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 41 Stipulation for Miscellaneous Relief filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). (dmb, ) (Entered: 09/21/2005) |
| 09/22/2005 | ❶ | Hearing Continued (Trial also set for 5/2/06 at 9:30 AM). (RE: related document(s) Hearing Held (Bk), 26 Alias Summons Issued). Status Conference to be held on 11/18/2005 at 9:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 09/23/2005) |
| 09/23/2005 | ❶43 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)42 Order, ). Service Date 09/23/2005. (Admin.) (Entered: 09/23/2005) |
| 10/07/2005 | ❶44 | Scheduling Order . Discovery due by 4/3/2006. Trial date set for 5/2/2006 at 09:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 10/13/2005) |
| 10/15/2005 | ❶45 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)44 Scheduling Order). Service Date 10/15/2005. (Admin.) (Entered: 10/16/2005) |
| 11/18/2005 | ❶ | Hearing Continued (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 12/5/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 11/22/2005) |
| 12/05/2005 | ❶ | Hearing Continued (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 2/24/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 12/05/2005) |
| 12/08/2005 | ❶46 | Certificate of Service (Proposed Order Continuing Status Conference and Staying Discovery) Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 12/08/2005) |
| 12/16/2005 | ❶47 | Order Continuing Status Conference and Staying Discovery. (RE: related document(s)44 Scheduling Order). (dmb, ) (Entered: 12/19/2005) |
| 02/17/2006 | ❶48 | Status Conference Statement Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/17/2006) |
| 02/24/2006 | ❶ | Hearing Continued (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 3/31/2006 at 10:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 02/27/2006) |
| 04/11/2006 | ❶49 | Motion to Extend Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # 3 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |
| 04/11/2006 | ❶50 | Notice of Hearing On Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor (RE: related document(s)49 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 6/2/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |

| 05/18/2006 | 🔘51 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006, for the Filing of the Trustee's Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request* (RE: related document(s)49 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 50 Notice of Hearing, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 7/7/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 49, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/18/2006) |
|---|---|---|
| 06/22/2006 | 🔘52 | Second Notice of Continued Hearing *on Motion For Enlargement of Time Until June 30, 2006 For The Filing Of The Trustee's Motion To Compel Discovery From the Defendants And/Or Debtor And Amended Request* (RE: related document(s)49 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 8/25/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 49, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 06/22/2006) |
| 08/21/2006 | 🔘53 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006, for the Filing of the Trustee's Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request* (RE: related document(s)49 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 49, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 08/21/2006) |
| 09/08/2006 | 🔘54 | Motion *to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Request for Judicial Notice# 3 Declaration of Emily L. Maxwell# 4 Declaration of Charles E. Sims# 5 Declaration of Jeffrey L. Fillerup# 6 Exhibit 92-96 to Declaration of Jeffrey L. Fillerup# 7 Exhibit 97-103 to Declaration of Jeffrey L. Fillerup# 8 Exhibit 104-108 to Declaration of Jeffrey L. Fillerup# 9 Exhibit 109 to Declaration of Jeffrey L. Fillerup# 10 Exhibit 110-118 to Declaration of Jeffrey L. Fillerup# 11 Certificate of Service) (Le, Nhung) (Entered: 09/08/2006) |
| 09/08/2006 | 🔘55 | Notice of Hearing *on Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)54 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/08/2006) |
| 09/08/2006 | 🔘56 | Motion for Summary Judgment *Based on Actual Fraud* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Request for Judicial Notice# 3 Declaration of Emily L. Maxwell# 4 Declaration of Charles Sims# 5 Declaration of Jeffrey L. Fillerup# 6 Exhibit 92-96 to Declaration of Jeffrey L. Fillerup# 7 Exhibit 97-103 to Declaration of Jeffrey L. Fillerup# 8 Exhibit 104-108 to Declaration of Jeffrey L. Fillerup# 9 Declaration 109 to Declaration of Jeffrey L. Fillerup# 10 Exhibit 110-118 to Declaration of Jeffrey L. Fillerup# 11 Certificate of Service) (Le, Nhung) (Entered: 09/08/2006) |
| 09/08/2006 | 🔘57 | Notice of Hearing *on Motion for Summary Judgment Based on Actual Fraud* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/08/2006) |
| 09/08/2006 | 🔘58 | Notice Regarding *Lodgment of Documentary Evidence in Support of (1) Motion For Summary Judgment Based on Actual Fraud and (2) Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)56 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 54 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Exhibit 1-15# 2 Exhibit 16-29# 3 Exhibit 30-39# 4 Exhibit 40-42# 5 Exhibit 43-47# 6 Exhibit 48-49# 7 Exhibit 50-55# 8 Exhibit 56-65# 9 Exhibit 66-74# 10 Declaration 75# 11 Exhibit 76-78# 12 Exhibit |

79-90# 13 Exhibit 91# 14 Certificate of Service) (Le, Nhung) (Entered: 09/08/2006)

| | | |
|---|---|---|
| 09/12/2006 | ●59 | Motion to Continue Hearing On (RE: related document(s)56and 54 Motion for Summary Judgment/Adjudication. Filed by Defendant Allied Management Trust , Counter-Claimant Allied Management Trust (gg, ) Modified on 9/15/2006 (gg, ). (Entered: 09/15/2006) |
| 09/14/2006 | ● | Hearing Held . (Trustee's motion to preclude evidence will be heard on 10/6/06 at 9:30 AM and summary judgement motion is off calendar). (gh, ) (Entered: 09/14/2006) |
| 09/15/2006 | ●60 | Certificate of Service (RE: related document(s)59 Motion to Continue/Reschedule Hearing, ). Filed by Defendant Allied Management Trust , Counter-Claimant Allied Management Trust (gg, ) (Entered: 09/15/2006) |
| 09/18/2006 | ●61 | Fourth Notice of Continued Hearing *on Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor and Amended Request* (RE: related document(s)49 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 10/6/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 49, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/18/2006) |
| 09/22/2006 | ●62 | Defendants' Notice of Motion and Motion to Preclude Testimony and Exclude Evidence, or in the alternative, Motion to Compel Discovery filed by Defendant Allied Management Trust . (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●63 | Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant Allied Management Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●64 | Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery. (RE: related document(s)63 Opposition Brief/Memorandum). Filed by Defendant Allied Management Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●65 | Declaration Re Defendants Motion and Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery (RE: related document(s)62 Motion Miscellaneous Relief). Filed by Defendant Allied Management Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●66 | Declaration of Debtor in Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery(RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant Allied Management Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●67 | Declaration of Attorney Re Opposition to Plaintiff Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)54 Motion Miscellaneous Relief, , ). Filed by Defendant Allied Management Trust (gg, ) (Entered: 09/28/2006) |
| 09/28/2006 | ● | Hearing Set On (RE: related document(s)62 Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 09/28/2006) |
| 09/29/2006 | ●68 | Reply to *Opposition to Trustee's Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)63 Opposition Brief/Memorandum). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/29/2006) |
| 09/29/2006 | ●69 | Brief/Memorandum in Opposition to *the Defendants' Motion To Preclude Testimony And Evidence, Or In The Alternative Motion To Compel* (RE: related document(s)62 Motion Miscellaneous Relief. Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Jeffrey L. Fillerup# 2 Exhibit 1-19 to Declaration of Jeffrey L. Fillerup# 3 Exhibit 20-26 to |

| | | Declaration of Jeffrey L. Fillerup# <u>4</u> Certificate of Service) (Le, Nhung) (Entered: 09/29/2006) |
|---|---|---|
| 10/02/2006 | ❍<u>70</u> | Tentative Ruling: Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery (Related Doc # <u>54</u>)(gg, ) Modified on 10/3/2006 (gg, ). Modified on 10/3/2006 (gg, ). (Entered: 10/02/2006) |
| 10/04/2006 | ❍<u>71</u> | BNC Certificate of Mailing - Electronic Order (RE: related document(s)<u>70</u> Order on Motion for Miscellaneous Relief). Service Date 10/04/2006. (Admin.) (Entered: 10/04/2006) |
| 10/10/2006 | ❍ | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) <u>62</u> ) (Court order to follow.)(gh, ) (Entered: 10/10/2006) |
| 10/13/2006 | ❍<u>72</u> | Order Re Cross Motions to Preclude or Compel (RE: related document(s)<u>54</u> Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) (Entered: 10/16/2006) |
| 10/13/2006 | ❍ | Hearing Set On Motion (RE: related document(s)<u>54</u> Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 11/15/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 10/16/2006) |
| 10/18/2006 | ❍<u>73</u> | BNC Certificate of Mailing - Electronic Order (RE: related document(s)<u>72</u> Order). Service Date 10/18/2006. (Admin.) (Entered: 10/18/2006) |
| 10/23/2006 | ❍<u>74</u> | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)<u>72</u> Order). Appellant Designation due by 11/2/2006. Transmission to District Court due by 11/22/2006. Filed by Defendant Allied Management Trust (gg, ) (Entered: 10/24/2006) |
| 10/23/2006 | ❍<u>75</u> | Statement of Election to District Court, (RE: related document(s)<u>74</u> Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). Filed by Defendant Allied Management Trust (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ❍<u>76</u> | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)<u>74</u> Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ❍<u>77</u> | Transmittal of Record on Appeal to District Court (RE: related document(s)<u>74</u> Notice of Appeal). (gg, ) (Entered: 10/24/2006) |
| 10/30/2006 | ❍<u>78</u> | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)<u>74</u> Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). Appellee designation due by 11/9/2006. Filed by Defendant Allied Management Trust (gg, ) (Entered: 10/31/2006) |
| 11/01/2006 | ❍<u>79</u> | Brief/Memorandum in Opposition to *Defendants' Motion for Summary Judgment* Filed by Plaintiff Charles E. Sims (Attachments: # <u>1</u> Request for Judicial Notice# <u>2</u> Declaration of Andrea A. Wirum# <u>3</u> Declaration of Emily L. Maxwell# <u>4</u> Declaration of Renee Glover-Chantler# <u>5</u> Evidentiary Objections# <u>6</u> Certificate of Service) (Le, Nhung) (Entered: 11/01/2006) |
| 11/07/2006 | ❍<u>80</u> | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)<u>74</u> Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). (Attachments: # <u>1</u> Certificate of Service) Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 11/07/2006) |
| 11/09/2006 | ❍<u>87</u> | Notice of Filing of Bankruptcy Appeal and Order Setting Status Conference. United States District Court Case No. C-06-06782 MJJ. (RE: related document(s)<u>74</u> Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust). Filed by Defendant Allied Management Trust . (gg, ) Modified on 11/21/2006 (gg, ). (Entered: |

| | | 11/21/2006) |
|---|---|---|
| 11/10/2006 | ○81 | Reply to *Defendants' Opposition to Plaintiff's Motion for Summary Judgment Based on Actual Fraud* Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Emily L. Maxwell# 2 Declaration of Jeffrey L. Fillerup# 3 Declaration of Yosef Peretz# 4 Evidentiary Objections# 5 Certificate of Service) (Le, Nhung) (Entered: 11/10/2006) |
| 11/13/2006 | ○82 | Supplemental Document *Supplemental Reply Memorandum in Support of the Trustee's Motion for Summary Judgment Based on Actual Fraud* in (RE: related document(s)81 Reply, ). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 11/13/2006) |
| 11/14/2006 | ○83 | Tentative Ruling on Cross Motions for Summary Judgment (RE: related document(s) Motion for Summary Judgment/Adjudication, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) Modified on 11/15/2006 (gg, ). (Entered: 11/14/2006) |
| 11/15/2006 | ○ | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) 54 ) (submitted)(gh, ) (Entered: 11/15/2006) |
| 11/16/2006 | ○84 | Certificate of Readiness Re: (RE: related document(s)74 Notice of Appeal). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ○85 | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)84 Certificate of Readiness). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ○86 | Transmittal of Appellee and Appellant Designation of Record on Appeal to District Court (RE: related document(s)74 Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust. (gg, ) Modified on 11/16/2006 (gg, ). (Entered: 11/16/2006) |
| 05/06/2007 | ○88 | Transcript, Date of Hearing: Nov. 15, 2006 *Trustee's motion for summary judgment.* (Palmer, Susan) (Entered: 05/06/2007) |
| 05/29/2007 | ○89 | Notice of Status Conference to be held on 6/1/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 05/29/2007) |
| 06/01/2007 | ○ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 89 ) (gh, ) (Entered: 06/01/2007) |
| 06/08/2007 | ○90 | Order Granting Trustee's Motion For Summary Judgment And Denying Defendants' Cross Motion For Summary Judgement (Related Doc # 56)(mw, ) (Entered: 06/11/2007) |
| 06/11/2007 | | **COURT ENTRY** Court served and mailed Order to William E. Gilg, Esq.(RE: related document(s) 90Order on Motion for Summary Judgment/Adjudication). (mw) (Entered: 06/11/2007) |
| 06/13/2007 | ○91 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)90 Order on Motion for Summary Judgment/Adjudication). Service Date 06/13/2007. (Admin.) (Entered: 06/13/2007) |
| 06/15/2007 | | Receipt of Appeal Filing Fee. Amount 255.00 from Ramin Yeganeh. Receipt Number 30043478. (mw) (Entered: 06/15/2007) |
| 06/15/2007 | ○92 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)90 Order on Motion for Summary Judgment/Adjudication). Appellant Designation due by 6/25/2007. Transmission to District Court due by 7/16/2007. Filed by Defendants Allied Management Trust , K. Yeganeh (ac, ) (Entered: 06/18/2007) |

| 06/15/2007 | ●93 | Statement of Election to District Court, (RE: related document(s)92 Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust, Defendant K. Yeganeh). Filed by Defendants Allied Management Trust , K. Yeganeh (ac, ) (Entered: 06/18/2007) |
| --- | --- | --- |
| 06/15/2007 | ●94 | Appellant Designation of Contents and Issues on Appeal For Inclusion in Record On Appeal (RE: related document(s)92 Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust, Defendant K. Yeganeh). Appellee designation due by 6/25/2007. Filed by Defendants Allied Management Trust , K. Yeganeh (ac, ) (Entered: 06/18/2007) |
| 06/15/2007 | ●95 | Proof of Service (RE: related document(s)94 Appellant Designation, 92 Notice of Appeal, 93 Statement of Election on Appeal). Filed by Defendants Allied Management Trust , K. Yeganeh (ac, ) (Entered: 06/18/2007) |
| 06/18/2007 | | K. Yeganeh added to case. Defendant was not added as per document #25 from amended complaint. (ac, ) (Entered: 06/18/2007) |
| 06/18/2007 | ●96 | Courts Certificate of Mailing. Number of notices mailed: 5 (RE: related document(s)93 Statement of Election on Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust, Defendant K. Yeganeh, 92 Notice of Appeal filed by Counter-Claimant Allied Management Trust, Defendant Allied Management Trust, Defendant K. Yeganeh). (ac, ) (Entered: 06/18/2007) |
| 06/18/2007 | ●97 | Trasmittal letter to District Court (RE: related document(s)92 Notice of Appeal). (ac, ) (Entered: 06/18/2007) |

1  JONATHAN CHANCE
   Attorney at Law
2  205 East Third Ave., Suite 411
   San Mateo, CA 94401
3  (650) 342-6200

4  Attorney for Defendants

**FILED**

JUN 1 5 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

E-filing

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                              C 07    3256

11  In re RAMIN YEGANEH,          ) Case No. 05-30047 TEC          JSW
                                  )
12            Debtor.             ) Chapter 7
                                  )
13  _____)
                                  )
14  CHARLES E. SIMS, Trustee,     ) Adversary Proceeding No. 05-3241
                                  )
15            Plaintiff,          )
                                  )
16                                )
                                  )   NOTICE OF APPEAL
17      vs.                       )
                                  )
18                                ) [Rules of Bankruptcy Procedure,
19  ALLIED MANAGEMENT TRUST,      )  Rule 8001(a), (b)]
    K. YEGANEH, ET AL             )
20                                )
                                  )
21            Defendants.         )
    _____)

22

23      The defendants in the above-entitled matter hereby appeals under Title 28 of the

24  United States Code, section 158(a), (b) from the "Order Granting Trustee's Motion for

25  Summary Judgment and Denying Defendants' Cross Motion for Summary Judgment"

26  entered by this Bankruptcy Court on June 11, 2007 in this bankruptcy proceeding.

27

28

Notice of Appeal                    -1-

The names of all parties to this Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. Charles E. Sims, Trustee, represented by

   Charles P. Maher, Esq.
   Jeffrey Fillerup, Esq.
   Luce, Forward, Hamilton & Scrips, LLP
   121 Spear St., Suite 200
   San Francisco, CA 94105
   (415) 356-4600

2. Defendants Allied Management Trust, K. Yeganeh, et al, represented by

   Jonathan Chance, Esq.
   JC Law Office
   205 East Third Ave., Suite 411
   San Mateo, CA 94401
   (650) 342-6200

June 15, 2007

—————————————————
JONATHAN CHANCE,
Attorney for Defendants

1   JONATHAN CHANCE
    Attorney at Law
2   205 East Third Ave., Suite 411
    San Mateo, CA 94401
3   (650) 342-6200

4   Attorney for Defendants

    E-filing

**FILED**

JUN 1 5 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

5

6

7

8               UNITED STATES BANKRUPTCY COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11   In re RAMIN YEGANEH,            ) Case No. 05-30047 TEC
                                     )
12          Debtor.                  ) Chapter 7
                                     )
13   _____)
14   CHARLES E. SIMS, Trustee,       ) Adversary Proceeding No. 05-3241
                                     )
15          Plaintiff,               )
                                     )
16                                   )
17       vs.                         )   ELECTION TO APPEAL
                                     )   DIRECTLY TO DISTRICT
18                                   )   COURT
                                     )
19                                   )
                                     ) [Rules of Bankruptcy Procedure,
20   ALLIED MANAGEMENT TRUST,        )  Rule 8001(e)]
21   K. YEGANEH, ET AL               )
                                     )
22          Defendants.              )
23   _____)

24       The defendants in the above-entitled matter, hereby elect to have their appeal of

25   the "Order Granting Trustee's Motion for Summary Judgment and Denying Defendants'

26   Cross Motion for Summary Judgment" under Title 28 of the United States Code, section

27   158(a), be heard by the United States District Court.

28

Notice of Election re Appeal                    -1-

The names of all parties to this Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1.  Charles E. Sims, Trustee, represented by

    Charles P. Maher, Esq.
    Jeffrey Fillerup, Esq.
    Luce, Forward, Hamilton & Scrips, LLP
    121 Spear St., Suite 200
    San Francisco, CA 94105
    (415) 356-4600

2.  Defendants Allied Management Trust, K. Yeganeh, et al, represented by

    Jonathan Chance, Esq.
    JC Law Office
    205 East Third Ave., Suite 411
    San Mateo, CA 94401
    (650) 342-6200

June 15, 2007

JONATHAN CHANCE,
Attorney for Defendants

Notice of Election re Appeal                    -2-

1  JONATHAN CHANCE
   Attorney at Law
2  205 East Third Ave., Suite 411
   San Mateo, CA 94401
3  (650) 342-6200

**FILED**

JUN 1 5 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

4  Attorney for Defendants

E-filing

5

6

7              IN THE UNITED STATES BANKRUPTCY COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    C 07        3256

10 In re RAMIN YEGANEH,              ) Case No. 05-30047 TEC

11                                   )

12          Debtor.                  ) Chapter 7                JSW

                                     )
13 CHARLES E. SIMS, Trustee,         ) Adversary Proceeding No. 05-3241

14                                   )

15                                   )

16          Plaintiff,               ) DESIGNATION OF RECORD

17     vs.                           ) AND ISSUES ON APPEAL

18                                   )

19 ALLIED MANAGEMENT TRUST,          ) [Rules of Bankruptcy Procedure,
   K. YEGANEH, ET AL,                )  Rule 8006]
20                                   )

21                                   )

22          Defendants.              )

23

24     The defendants in these above-entitled adversary proceedings, having filed a

25 Notice of Appeal on June 15, 2007, with a Notice of Election to Appeal Directly to the

26 District Court, filed on the same day, hereby designate the following items for inclusion

27 in the record on appeal and herein sets forth a statement of the issues they intend to

28 present on the appeal:

Designation of Record and Issues on Appeal          -1-

1

2

## DESIGNATION OF CONTENTS OF RECORD

3

### (Case No. 05-3241)

4

5    BK Doc. #25:   Filed on 6/8/05 -- Plaintiff's Amended Complaint;

6    BK Doc. #33:   Filed on 7/8/05 – Defendants' Answer to Amended Complaint;

7    BK Doc. #54:   Filed on 9/8/06 – Plaintiff's Motion to Preclude Testimony, et al;

8
     BK Doc. #55:   Filed on 9/8/06 – Plaintiff's Notice of Hearing, et al;
9

10   BK Doc. #58:   Filed on 9/8/06 – Plaintiff's Notice of Lodgment, et al

11   BK Doc. #62:   Filed on 9/22/06 – Defendants' Notice of Motion and Motion to Preclude
                    Testimony, et al;
12

13   BK Doc. #63:   Filed on 9/22/06 – Defendants' Opposition to Plaintiff's Motion to
                    Prelude Testimony, et al;
14

15   BK Doc. #64:   Filed on 9/22/06 – Defendants' Opposition to Plaintiff's Motion to
                    Prelude Testimony, et al;
16

17   BK Doc. #65:   Filed on 9/22/06 – Declaration re Defendants' Motion and Motion to
                    Preclude Testimony, et al;
18

19   BK Doc. #66:   Filed on 9/22/06 -- Declaration of Debtor in Opposition to Plaintiff's
                    Motion to Preclude Testimony, et al;

20   BK Doc. #67:   Filed on 9/22/06 – Declaration of Attorney in Opposition to Plaintiff's
                    Motion to Preclude Testimony, et al;
21

22   BK Doc. #68:   Filed on 9/29/06 – Plaintiff's Reply to Opposition to Trustee's Motion
                    To Preclude Testimony, et al;
23

24   BK Doc. #69:   Filed on 9/29/06 – Plaintiff's Brief/Memorandum in Opposition to
                    Defendants' Motion to Preclude Testimony, et al;
25

26   BK Doc. #72:   Filed on 10/13/06 – Order re Cross Motions to Prelude, et al;

27   BK Doc. #74:   Filed on 10/23/06 – Notice of Appeal;

28   BK Doc. #75:   Filed on 10/23/06 – Election to Appeal to District Court;

1    <u>BK Doc. #78</u>:  Filed on 10/30/06 – Appellant Designation;

2
     <u>BK Doc. #79</u>:  Filed on 11/01/06 – Trustee's Opposition to Defendants' Motion for
3                              Summary Judgment;

4    <u>BK Doc. #80</u>:  Filed on 11/07/06 – Appellee Designation;

5
     <u>BK Doc. #81</u>:  Filed on 11/10/06 – Trustee's Reply in Support of Trustee's Motion for
6                              Summary Judgment;

7
     <u>BK Doc. #82</u>:  Filed on 11/13/06 – Trustee's Supplemental Reply in Support of Trustee's
8                              Motion for Summary Judgment;

9    <u>BK Doc. #83</u>:  Filed on 11/14/06 – Tentative Ruling on Cross-Motions for Summary
10                             Judgment;

11   <u>BK Doc. #88</u>:  Filed on 5/06/07 – Transcript of November 15, 2006 Hearing on
12                             Summary Judgment Motions

13   <u>BK Doc. #90</u>:  Filed on 6/08/07 – Order on Motion for Summary Judgment

14
15            A Copy of Transcript of 10/6/06 Hearing on Cross Motions To Preclude, et al,
16   will be lodged once it is available.

17
18
19          <u>STATEMENT OF ISSUES FOR ALL FOUR ADVERSARY PROCEEDINGS</u>
20
21   1.  Whether or not the Bankruptcy Court erred and/or abused its discretion in
22       granting plaintiff/trustee's motion to exclude evidence precluding defendants
23       from introducing any evidence that defendants, rather than the debtor, were the
24       true owners of the properties at issue before the transfers at issue.
25
     2.  Whether or not the Bankruptcy Court erred and/or abused its discretion in
26
27       granting plaintiff/trustee's motion to exclude evidence precluding defendants
28

1    from introducing any evidence that they paid the consideration in connection for

2    the purchase of the properties.

3.   Whether or not the Bankruptcy Court erred and/or abused its discretion in denying

     defendants' motion to compel further discovery and to exclude evidence.

4.   Whether or not the Bankruptcy Court erred and/or abused its discretion in

     granting plaintiff/trustee's motion for summary judgment.

5.   Whether or not the Bankruptcy Court erred and/or abused its discretion in denying

     defendants' motion for summary judgment.


June 15, 2007                              /S/JONATHAN CHANCE, ESQ.
                                          JONATHAN CHANCE,
                                          Attorney for Defendants

Designation of Record and Issues on Appeal          -4-

Entered on Docket
June 11, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1

2          E-filing

3                                    Signed and Filed: June 08, 2007

4                                    _____

5                                              THOMAS E. CARLSON
                                               U.S. Bankruptcy Judge
6                                    _____

7

8                  UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   In re                        )   Case No: 05-30047 TEC
                                   )
     RAMIN YEGANEH,                )
12                                 )   Chapter 7
                                   )
13              Debtor.            )
     _____)
14   CHARLES E. SIMS, Trustee,     )   Adv. Proc. No. 05-3241
                                   )
15              Plaintiff,         )
     v.                            )
16                                 )
     ALLIED MANAGEMENT TRUST and   )
17   K. YEGANEH aka KEN YEGANEH aka)
     KAIKHOSROW YEGANEH,           )
18                                 )
                Defendants.        )
19   _____)

20
     **ORDER GRANTING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND DENYING**
21        **DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

22        On November 14, 2006, the court signed and filed in the above-

23   captioned proceeding a tentative ruling (Tentative Ruling)

24   regarding Plaintiff and Defendants' cross motions for summary

25   judgment.  On November 15, 2006, the court held a hearing on the

26   cross motions.  Charles P. Maher appeared on behalf of Plaintiff.

27   Jonathan Chance appeared on behalf of Defendants.  William E. Gilg

28

     ORDER RE CROSS MOTIONS FOR SUMM. JUDG. -1-

1  specially appeared for Debtor.  At the hearing, the court took the
2  cross motions under submission.

3      In December 2006, counsel for Plaintiff requested that the
4  court defer ruling on the cross motions because the parties were
5  engaged in settlement negotiations.

6      On June 1, 2007, the court held a status conference in this
7  proceeding.  Charles P. Maher appeared for Plaintiff.  Jonathan
8  Chance appeared on behalf of Defendants.  At the status conference,
9  the Plaintiff requested that the court rule on the cross motions
10 for summary judgment.

11     Upon due consideration, and for the reasons stated in the
12 Tentative Ruling, the court hereby orders as follows:

13     (1) Plaintiff's motion for summary judgment is granted.

14     (2) Defendants' cross motion for summary judgment is denied.

15     (3) Plaintiff shall promptly lodge and serve on counsel for
16 Defendants a proposed form of judgment.

17                    **END OF ORDER**

18
19
20
21
22
23
24
25
26
27
28

ORDER RE CROSS MOTIONS FOR SUMM. JUDG. -2-

1

## COURT SERVICE LIST

2

3    Charles P. Maher, Esq.
     Jeffrey L. Fillerup, Esq.
4    Luce, Forward, Hamilton & Scripps LLP
     121 Spear Street, Suite 200
5    San Francisco, CA 94105

6    Jonathan G. Chance, Esq.
     JC Law Office
7    1605 Middlefield Road
     Redwood City, CA 94063
8
     William E. Gilg, Esq.
9    305 San Bruno Ave. West
     San Bruno, CA 94066

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   JONATHAN CHANCE
    Attorney at Law
2   205 East Third Ave., Suite 411
    San Mateo, CA 94401
3   (650) 342-6200

4   Attorney for Defendants

5                              E-filing

6

7              IN THE UNITED STATES BANKRUPTCY COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    C    07    3256

10  In re RAMIN YEGANEH,          ) Case No. 05-30047 TEC
                                  )
11                                )                          JSW
        Debtor.                   ) Chapter 7
12  _____)
13  CHARLES E. SIMS, Trustee,     ) Adversary Proceeding No. 05-3241
                                  )
14                                )
                                  )
15      Plaintiff,                )
                                  )
16                                ) **PROOF OF SERVICE**
                                  )
17                                )
                                  )
18                                )
19      vs.                       )
                                  )
20  ALLIED MANAGEMENT TRUST,      )
    K. YEGANEH, ET AL,            )
21                                )
                                  ) Date:
22                                ) Time:
                                  ) Dept:
23                                )
        Defendant.                )
24  _____)

25
        I, the undersigned, state that I am a citizen of the United States and employed in
26
    the City of San Mateo, that I am over the age of eighteen (18) years and not a party to the
27
    within cause; that my business address is 205 E. Third Ave., Suite 411, San Mateo,
28

FILED

JUN 1 5 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Proof of Service                    -1-

California; and that on the date set out below I deposited a true copy of the attached

documents, listed below, on the parties to the action by one or more of the following

methods:

    [XX]  First Class Mail

          --by placing a true copy thereof enclosed in a sealed envelope with

postage thereon fully prepaid in the United States Mail at San Mateo, California;

Documents Served: <u>DEFENDANTS' NOTICE OF APPEAL, ELECTION TO</u>
<u>PROCEED TO DISTRICT COURT; DESIGNATION OF RECORD AND ISSUES ON</u>
<u>APPEAL</u>

Parties Served:

CHARLES P. MAHER, ESQ.
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II, 121 Spear St., Suite 200
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.  Executed at San Mateo, California on June 15, 2007.

        <u>/S/ JONATHAN CHANCE, ESQ.</u>