IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IN RE RAMIN YEGANEH,<br><br>　　　　Defendant.<br>_____/ | No. C-07-03256 JSW<br>NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:
　　Bankruptcy Case:
　　Adversary No.:
　　BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-03256 JSW before the Honorable Jeffrey S. White.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 10/19/2007 in Courtroom 2, 17th floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jun 20, 2007

                                          For the Court
                                          Richard W. Wieking, Clerk

                                          _____
                                          By: Deputy Clerk

cc: USBC
    Counsel of Record