**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 23, 2007

TO COUNSEL OF RECORD:

CIVIL NUMBER:  **CV 07-03256 JSW**

CASE TITLE:  **IN RE RAMIN YEGANEH**

BANKRUPTCY NUMBER: 05-3241 TC

## NOTICE OF BRIEFING

      The Record on Appeal in the above matter was entered in the docket of this Court on 7/23/07.  Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on 8/22/07   (30 days after entry in the District Court docket).

      The appellee shall serve and file a brief 20 days after service of appellant's brief.

      The appellant may serve and file a reply brief 10 days after service of appellee's brief.

      The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.

      The Bankruptcy Status Conference date is hereby **VACATED**.

      Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

RICHARD W. WIEKING, Clerk

by:  Hilary D. Jackson
Case Systems Administrator