WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
650-871-8647
650- 873-3168 (fax)

Attorney for Appellants,
Allied Management Trust, K. Yeganeh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>　　　　Debtor.<br><br>　　v.<br>ALLIED MANAGEMENT TRUST,<br>K. YEGANEH,<br><br>　　　　Defendants/Appellants. | Case No. C 07-03256 JSW<br>Bankruptcy Adversary<br>No. 05-3241 TEC<br><br>STIPULATION RE EXTENSION OF<br>TIME FOR FILING APPELLANTS'<br>OPENING BRIEF ON APPEAL FROM<br>BANKRUPTCY COURT'S ORDERS<br><br>[Local Rules 6-2, 7-12 |

　　　The parties in the above-entitled proceeding, Andrea A. Wirum the trustee and respondent, represented by Charles Maher, Esq., of Luce Forward, Hamilton & Scripps, LLP, the defendants and appellants, Allied Management Trust and K. Yeganeh, represented by William Gilg, Esq., hereby stipulate that the time for defendants/appellants to file their opening brief in this matter may be extended by 60 days. The scheduled date for the filing of appellants' opening brief is now scheduled for August 22, 2007. This extension will continue that date to October 21, 2007.

Stipulation re Enlargement of Time                -1-

## DECLARATION RE LOCAL RULE 6-2

I, WILLIAM E. GILG, declare as follows:

1. This is an appeal from final orders issued by the Bankruptcy Court of the Northern District of California, the Honorable Thomas E. Carlson presiding. These orders were an order granting the trustee's summary judgment motion and from an order denying the appellant's cross-summary judgment motion, entered in the Bankruptcy Court on June 11, 2007. On or about June 15, 2007, the appellants, Allied Management Trust and K. Yeganeh, filed a notice of appeal and an election to have said appeal heard by this District Court.

2. The reasons for this enlargement of time for the filing of appellants' opening brief is that the parties, including the debtor in the underlying bankruptcy case, have been involved in intense settlement negotiations for months. Recently, a significant portion of this matter was settled. It is possible that this bankruptcy matter may be settle globally in the next few weeks. Thus an enlargement of time would save judicial resources, judicial time, as well as time and money for the parties involved. Additionally, I have been involved in law and motion work as well as trial preparation in several cases that have taken up most of my time and need an extension of time on that basis also. These cases include: <u>Venoya v. Remmert, et al</u>, San Mateo County Superior Court, Case No. CIV 438208; <u>In re Eric Alvararo on Habeas Corpus</u>, Monterey County Superior Court, Case No. HC 5381; <u>Giannini v. Hill-Courtney</u>, San Francisco Superior Court, Case No. CUD-07-621970; and <u>Contrevo v. Webb, et al</u>, San Mateo County Case No. CIV 463517. As a

result, without an extension of time to file the appellants' opening brief I will not be able to adequately brief the salient issues in this matter.

3. There have been no other time modifications in this matter in this District Court.

4. This time modification would change the date the appellants' brief is due to be filed from August 22, 2007 to ~~September 21~~ October ~~21~~, 2007. Additionally, the respondent's opening brief would be due 20 days after the appellants' opening brief and the appellants' reply brief would be due 10 days after that.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on August 16, 2007.

/S/ WILLIAM E. GILG
WILLIAM E. GILG, Attorney for Appellants

IT IS SO STIPULATED:

August 17, 2007    /S/ CHARLES MAHER, ESQ.
CHARLES MAHER, ESQ.
Attorney for Trustee/Respondent

August 16, 2007    /S/ WILLIAM E. GILG
WILLIAM E. GILG, ESQ.
Attorney for Appellants

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 23, 2007    /S/ _____
JUDGE OF THE U.S. DISTRICT COURT

Stipulation re Enlargement of Time        -3-