IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RAMIN YEGANEH,

No. C 07-03256 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE APPEAL**

/

On August 23, 2007, the Court granted the parties stipulation to extend the time for appellant to file the opening brief in this Bankruptcy Appeal. Appellant's brief was due to be filed on October 21, 2007. No brief has been filed, nor has this matter been dismissed pursuant to a settlement. Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute the appeal. Appellant's response shall be due by December 21, 2007. If a dismissal is filed before that date, this Order to Show Cause shall be discharged. If Appellant intends to pursue the appeal, Appellant must demonstrate good cause for failure to file a timely brief.

**IT IS SO ORDERED.**

Dated: December 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE