

1  WILLIAM E. GILG
   Attorney at Law
2  305 San Bruno Avenue West
   San Bruno, CA 94066
3  (650) 871-8647
   (650) 873-3168 (fax)
4
   Attorney for Defendants
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  In re RAMIN YEGANEH,              ) Case No. C 07-03256 JSW
                                      )
12                                    ) Bankruptcy Adversary Proceeding
13                                    ) Case No. 05-3241
                 Debtor.             )
14                                    )
15  _____  )
16  CHARLES E. SIMS, Trustee,         )
                                      )
17                                    )
                                      )
18                                    )
19               Plaintiff,           ) RESPONSE TO ORDER TO
                                      ) SHOW CAUSE
20       vs.                          )
                                      )
21  ALLIED MANAGEMENT TRUST,          )
22  K. YEGANEH, ET AL,                )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25               Defendants.          )
    _____
26

27

28

Defendants' Response to Order to Show Cause        -1-

Defendants hereby respond to this Court's Order to Show Cause regarding their failure to timely file an appellate brief in the above-entitled matter.

After the notice of appeal in this matter was filed with the Bankruptcy Court on June 15, 2007, the defendants and the plaintiff, through their attorneys, engaged in meaningful settlement negotiations. This is evidenced by the parties' August 23, 2007 "Stipulation re Extension of Time for Filing Appellants' Opening Brief on Appeal from Bankruptcy Court Orders", a copy of which is attached hereto as Exhibit A. In the declaration in support of said stipulation, the defendants' attorney, William E. Gilg, explained that the reasons for the requested enlargement of time was that settlement negotiations were ongoing and that a potential global settlement, not just of this adversary proceeding but also including the remaining three other adversary proceedings and the main bankruptcy proceeding as well, appeared to be a real possibility. Additionally, attached hereto as Exhibit B is the trustee's attorney's, Charles Maher's, November 12, 2007 "Report Regarding October 19, 2007 Status Conference" for each of the three remaining adversary proceedings acknowledging these settlement negotiations but declaring that they were not successful. Nevertheless, the

defendants and their attorneys felt that a global settlement for these four adversary proceedings was imminent.

Thus the defendants were lulled into believing that a settlement was possible and imminent and held off prosecuting this appeal. It would be inequitable now to deny them their appellate rights when the plaintiff has not been prejudiced. Indeed since the plaintiff has broken off settlement talks, he will unjustly benefit if the defendants cannot prosecute this appeal.

Thus on behalf of the defendants I respectfully request that this Court allow them to prosecute this appeal. Defendants will file their opening brief within 15 days if allowed to do so by this Court.

December 19, 2007          /S/ WILLIAM E. GILG, ESQ.
                           Attorney for Defendants

## POINTS & AUTHORITIES RE RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE

A United States District Court may dismiss an appeal for failure to timely file an appellate brief if the party has a history of not meeting deadlines, was reminded to file the brief, and the excuses for the failure to comply with the rules are not credible. (Telesphere Communications v. 900 Unlimited, Inc.

(7th Cir. 1999) 177 F.3d 612; see also FRBP, Rule 8009's "Selected Case Comment".) Here the defendants do not have a history of not meeting deadlines and have never been reminded to file their opening brief in this matter prior to this Court's instant Order to Show Cause. Additionally, they have a legitimate reason for not timely filing said brief. They felt, and so did the plaintiff's attorney, that these matters could be settled globally. Hence to save attorneys fees and other expenses, which have been astronomical for said defendants in this protracted and complex bankruptcy litigation, the defendants opted to try and settle in good faith and save money in doing so. Unfortunately, their settlement plans did not come to fruition. (See Exhibits A and B.) Nevertheless, the defendants should not be sanctioned for trying. A settlement would have saved judicial time and resources as well as the defendants' and all parties'.

Moreover, the late filing of an appellate brief does not justify the dismissal of an appeal under Rules of Bankruptcy Procedure, Rule 8009, absent a showing of bad faith, negligence or indifference. An appellate court must provide a sufficient explanation for its determination. (Matter of Scheri (7th Cir. 1995) 51 F.3d 71; In re Beverly Mfg. Corp. (11th Cir. 1985) 778 F.2d 666; In re Frank Santora Equipment Corp. (E.D.N.Y. 1998) 227 B.R. 206; see also FRBP, Rule 8009's "Selected Case Comment".) In this

matter the defendants have not shown bad faith, negligence, or indifference regarding the failure to timely file an appellate brief. The prospects of a global settlement were much too attractive at the time. Thus the defendants felt that the matter could be settled without further expense. They should not be penalized for that.

December 19, 2007        /S/ WILLIAM E. GILG, ESQ.
                         Attorney for Defendants

WILLIAM E. GILG
Attorney at Law
305 San Bruno Avenue West
San Bruno, CA 94066
(650) 871-8647
(650) 873-3168 (fax)

Attorney for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


In re RAMIN YEGANEH,                      ) Case No. C 07-03256 JSW
                                          )
                                          ) Bankruptcy Adversary Proceeding
                                          ) Case No. 05-3241
              Debtor.                     )
                                          )
_____)
CHARLES E. SIMS, Trustee,                 )
                                          )
              Plaintiff,                  ) DECLARATION OF
                                          ) DEFENDANTS' ATTORNEY IN
         vs.                              ) RESPONSE TO THIS COURT'S
                                          ) ORDER TO SHOW CAUSE
ALLIED MANAGEMENT TRUST,                  )
K. YEGANEH, ET AL,                        )
                                          )                    )
              Defendants.                 )
_____)


I, WILLIAM E. GILG, declare as follows:

1. I am an attorney at law duly licensed and authorized to practice law

before all the courts of the State of California and the United States District

Court for the Northern District of California. I am the attorney for the defendants in this appeal from the orders of the Bankruptcy Court.

2. Defendants hereby respond to this Court's Order to Show Cause regarding their failure to timely file an appellate brief in the above-entitled matter.

3. After the notice of appeal in this matter was filed with this Court on June 15, 2007, the defendants and the plaintiff, through their attorneys, began to engage in meaningful settlement negotiations.

4. This is evidenced by the parties' August 23, 2007 "Stipulation re Extension of Time for Filing Appellants' Opening Brief on Appeal from Bankruptcy Court Orders", a true and correct copy of which is attached hereto as Exhibit A. In the declaration in support of said stipulation, I explained that the reasons for the requested enlargement of time was that settlement negotiations were ongoing and that a potential global settlement, not just of this adversary proceeding but also including the remaining three other adversary proceedings and the main bankruptcy proceeding as well, appeared to be a real possibility.

5. Additionally, attached hereto as Exhibit B is a true and correct copy of the trustee's attorney's, Charles Maher's, November 12, 2007 "Report Regarding October 19, 2007 Status Conference" for each of the three

remaining adversary proceedings, acknowledging these settlement
negotiations but declaring that they were not successful.

6. Nevertheless, I, the defendants, and their trial attorney, Jonathan Chance, all felt that a global settlement for these four adversary proceedings was imminent.

7. Thus the defendants were lulled into believing that a settlement was possible and imminent and held off prosecuting this appeal. It would be inequitable now to deny them their appellate rights when the plaintiff has not been prejudiced. Indeed since the plaintiff has broken off settlement talks, he will unjustly benefit if the defendants cannot prosecute this appeal.

8. Thus on behalf of the defendants I respectfully request that this Court allow them to prosecute this appeal. Defendants will file their opening brief within 15 days if allowed to do so by this Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on December 19, 2007 at San Bruno, California.

/S/ WILLIAM E. GILG, ESQ.
Attorney for Defendants

**<u>EXHIBIT A</u>**

WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
650-871-8647
650- 873-3168 (fax)

Attorney for Appellants,
Allied Management Trust, K. Yeganeh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RAMIN YEGANEH,

       Debtor.

           v.

ALLIED MANAGEMENT TRUST,
K. YEGANEH,

       Defendants/Appellants.

      )
      )
      )
      )
      )

Case No. C 07-03256 JSW
Bankruptcy Adversary
No. 05-3241 TEC

STIPULATION RE EXTENSION OF
TIME FOR FILING APPELLANTS'
OPENING BRIEF ON APPEAL FROM
BANKRUPTCY COURT'S ORDERS

[Local Rules 6-2, 7-12

The parties in the above-entitled proceeding, Andrea A. Wirum the trustee and

respondent, represented by Charles Maher, Esq., of Luce Forward, Hamilton & Scripps,

LLP, the defendants and appellants, Allied Management Trust and K. Yeganeh,

represented by William Gilg, Esq., hereby stipulate that the time for

defendants/appellants to file their opening brief in this matter may be extended by 60

days. The scheduled date for the filing of appellants' opening brief is now scheduled for

August 22, 2007. This extension will continue that date to October 21, 2007.

Stipulation re Enlargement of Time        -1-

## DECLARATION RE LOCAL RULE 6-2

I, WILLIAM E. GILG, declare as follows:

1. This is an appeal from final orders issued by the Bankruptcy Court of the Northern District of California, the Honorable Thomas E. Carlson presiding. These orders were an order granting the trustee's summary judgment motion and from an order denying the appellant's cross-summary judgment motion, entered in the Bankruptcy Court on June 11, 2007. On or about June 15, 2007, the appellants, Allied Management Trust and K. Yeganeh, filed a notice of appeal and an election to have said appeal heard by this District Court.

2. The reasons for this enlargement of time for the filing of appellants' opening brief is that the parties, including the debtor in the underlying bankruptcy case, have been involved in intense settlement negotiations for months. Recently, a significant portion of this matter was settled. It is possible that this bankruptcy matter may be settle globally in the next few weeks. Thus an enlargement of time would save judicial resources, judicial time, as well as time and money for the parties involved. Additionally, I have been involved in law and motion work as well as trial preparation in several cases that have taken up most of my time and need an extension of time on that basis also. These cases include: Venoya v. Remmert, et al, San Mateo County Superior Court, Case No. CIV 438208; In re Eric Alvararo on Habeas Corpus, Monterey County Superior Court, Case No. HC 5381; Giannini v. Hill-Courtney, San Francisco Superior Court, Case No. CUD-07-621970; and Contrevo v. Webb, et al, San Mateo County Case No. CIV 463517. As a

1  result, without an extension of time to file the appellants' opening brief I will not be able

2  to adequately brief the salient issues in this matter.

3       3. There have been no other time modifications in this matter in this District

4

5  Court.

6       4. This time modification would change the date the appellants' brief is due to be

7  filed from August 22, 2007 to ~~September 21~~, 2007.  Additionally, the respondent's

8  opening brief would be due 20 days after the appellants' opening brief and the appellants'

9

10  reply brief would be due 10 days after that.

11       I declare under penalty of perjury under the laws of the United States of America

12  and the State of California that the foregoing is true and correct.  Executed at San Bruno,

13  California on August 16, 2007.

14

15            /S/  WILLIAM E. GILG
           WILLIAM E. GILG, Attorney for Appellants

16       IT IS SO STIPULATED:

17

18

19  August 17, 2007            /S/ CHARLES MAHER, ESQ.
           CHARLES MAHER, ESQ.

20            Attorney for Trustee/Respondent

21

22  August 16, 2007            /S/ WILLIAM E. GILG
           WILLIAM E. GILG, ESQ.

23            Attorney for Appellants

24

25       PURSUANT TO STIPULATION IT IS SO ORDERED.

26

27

28  Dated:  August 23, 2007

            /S/
           JUDGE OF THE U.S. DISTRICT COURT

Stipulation re Enlargement of Time            -3-

**EXHIBIT B**

1  Charles P. Maher, State Bar No. 124748
Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
Fax No.: 415.356.4610

5

6  Attorneys for Plaintiff Andrea A. Wirum
Trustee in Bankruptcy

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  In re RAMIN YEGANEH, | Case No. 05-30047 TEC<br>Chapter 7 |
| 12         Debtor. | |
| 13 | **REPORT REGARDING OCTOBER 19, 2007 STATUS CONFERENCE** |
| 14 | |
| 15  CHARLES E. SIMS, Trustee, | Adversary Proceeding<br>No.  05-3240 TC |
| 16        Plaintiff, | Hon. Thomas E. Carlson |
| 17  v. | |
| 18  F. NAMDARAN aka FRAN NAMDARAN<br>aka FARIN NAMDARAN aka FARIN<br>19  YEGANEH aka FRAN YEGANEH, | |
| 20        Defendants. | |

21

22        Plaintiff Andrea A. Wirum (the "Trustee") hereby submits this report  regarding the status

23  conference held in this adversary proceeding on October 19, 2007 at 9:30 a.m., as follows:

24        At the October 19, 2007 status conference,  the parties requested an additional three weeks

25  to attempt to settle the Trustee's claims against the defendants, and the Court granted the request

26  and allowed three weeks (until November 9, 2007) for further settlement discussions among the

27  parties.

28

1

1        The parties engaged in settlement negotiations through the end of the day on November 9,

2    2007, including consideration by the Trustee of a proposal late in the day.  The parties were unable

3    to settle the case.  The Trustee is not requesting additional time to continue the settlement

4    discussions because she does not believe that additional time would be productive,  so the Trustee

5    requests that the Court rule on the Trustee's pending motion for summary judgment.

6

7    DATED: November 12, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9                                     By: _____
                                         Jeffrey L. Fillerup
10                                        Attorneys for Plaintiff Andrea A. Wirum
                                         Trustee in Bankruptcy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2          Case No. 05-30047 Adv. 05-3240 TC
REPORT REGARDING  OCTOBER 19, 2007
STATUS CONFERENCE

## CERTIFICATE OF SERVICE

I, Cheryl Cormier , declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served true and correct copies of the following:

### REPORT REGARDING  OCTOBER 19, 2007 STATUS CONFERENCE
on the parties listed below:

[X]    **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States Bankruptcy Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

[X]    **BY FACSIMILE TRANSMISSION**:  The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error.  A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

**Fax. No.  650-429-2048**
Jonathan G. Chance, Esq.
JC Law Offices
205 East 3rd Avenue, Suite 411
San Mateo, CA  94401

**Fax. No. 650-873-3168**
William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA  94066

**Fax. No. 650-343-0593**
Mr. Ramin Yeganeh
724 East 4th Street
San Mateo, CA  94401

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on November 12, 2007, in San Francisco, California.

Cheryl Cormier

301021429.1

3

Case No. 05-30047 Adv. 05-3240 TC
REPORT REGARDING  OCTOBER 19, 2007
STATUS CONFERENCE

Case: 05-03240    Doc #: 140    Filed: 11/12/2007    Page 3 of 3

1  Charles P. Maher, State Bar No. 124748
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5
   Attorneys for Plaintiff Andrea A. Wirum
6  Trustee in Bankruptcy

7

8                 UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  In re RAMIN YEGANEH,              Case No. 05-30047 TEC
                                      Chapter 7
12            Debtor.
                                      REPORT REGARDING OCTOBER 19,
13  _____  2007 STATUS CONFERENCE

14  CHARLES E. SIMS, Trustee,         Adversary Proceeding
                                      No. 05-3242 TC
15            Plaintiff,
                                      Hon. Thomas E. Carlson
16  v.

17  COAST DEVELOPMENT TRUST and
    FARIN YEGANEH aka F. NAMDARAN aka
18  FRAN NAMDARAN aka FARIN
    NAMDARAN aka FRAN YEGANEH,
19
              Defendants.
20  _____

21

22         Plaintiff Andrea A. Wirum (the "Trustee") hereby submits this report regarding the status

23  conference held in this adversary proceeding on October 19, 2007 at 9:30 a.m., as follows:

24         At the October 19, 2007 status conference, the parties requested an additional three weeks

25  to attempt to settle the Trustee's claims against the defendants, and the Court granted the request

26  and allowed three weeks (until November 9, 2007) for further settlement discussions among the

27  parties.

28
                                           1        Case No. 05-30047 TEC Adv. 05-3242 TC
                                                    REPORT REGARDING OCTOBER 19, 2007
                                                    STATUS CONFERENCE

1    The parties engaged in settlement negotiations through the end of the day on November 9,

2    2007, including consideration by the Trustee of a proposal late in the day. The parties were unable

3    to settle the case. The Trustee is not requesting additional time to continue the settlement

4    discussions because she does not believe that additional time would be productive, so the Trustee

5    requests that the Court rule on the Trustee's pending motion for summary judgment.

6

7    DATED: November 12, 2007     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9    By:

10                     Jeffrey L. Fillerup
                            Attorneys for Plaintiff Andrea A. Wirum

11                            Trustee in Bankruptcy

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I, Cheryl Cormier, declare:

3

I am employed in the City and County of San Francisco, State of California. I am over the

4

age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton

5

& Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

6

On the date of execution hereof, at my place of business, I served true and correct copies of

7

the following:

8

**REPORT REGARDING OCTOBER 19, 2007 STATUS CONFERENCE**

9

on the parties listed below:

10

[X]    **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States Bankruptcy

11

Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

12

13

[X]    **BY FACSIMILE TRANSMISSION**:  The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A

14

transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of

15

transmission.

16

**Fax. No. 650-429-2048**          **Fax. No. 650-873-3168**

17

Jonathan G. Chance, Esq.          William E. Gilg, Esq.
JC Law Offices                    305 San Bruno Avenue West

18

205 East 3rd Avenue, Suite 411    San Bruno, CA  94066
San Mateo, CA  94401

19

**Fax. No. 650-343-0593**

20

Mr. Ramin Yeganeh
724 East 4th Street

21

San Mateo, CA  94401

22

I declare under penalty of perjury that the foregoing is true and correct to the best of my

23

knowledge. Executed on November 12, 2007, in San Francisco, California.

24

25

Cheryl Cormier

26

27

301021430.1

28

3          Case No. 05-30047 TEC Adv. 05-3242 TC
REPORT REGARDING OCTOBER 19, 2007
STATUS CONFERENCE

1  Charles P. Maher, State Bar No. 124748
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5
   Attorneys for Plaintiff Andrea A. Wirum
6  Trustee in Bankruptcy

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | In re RAMIN YEGANEH,              | Case No. 05-30047 TEC
                                        | Chapter 7
12 |        Debtor.                     |
                                        | **REPORT REGARDING OCTOBER 19,**
13 |                                    | **2007 STATUS CONFERENCE**
   | _____ |
14 | CHARLES E. SIMS, Trustee,          | Adversary Proceeding
                                        | No. 05-3243 TC
15 |        Plaintiff,                  |
                                        | Hon. Thomas E. Carlson
16 | v.                                 |
17 | ADVANTA TRUST and FARIN YEGANEH   |
   | aka F. NAMDARAN aka FRAN           |
18 | NAMDARAN aka FARIN NAMDARAN aka   |
   | FRAN YEGANEH,                      |
19 |                                    |
20 |        Defendants.                 |
   | _____ |

21

22          Plaintiff Andrea A. Wirum (the "Trustee") hereby submits this report  regarding the status

23 conference held in this adversary proceeding on October 19, 2007 at 9:30 a.m., as follows:

24          At the October 19, 2007 status conference,  the parties requested an additional three weeks

25 to attempt to settle the Trustee's claims against the defendants, and the Court granted the request

26 and allowed three weeks (until November 9, 2007) for further settlement discussions among the

27 parties.

28

                                        1              Case No. 05-30047 TEC Adv. 05-3243 TC
                                                       REPORT REGARDING OCTOBER 19, 2007
                                                       STATUS CONFERENCE

1    The parties engaged in settlement negotiations through the end of the day on November 9,

2    2007, including consideration by the Trustee of a proposal late in the day. The parties were unable

3    to settle the case. The Trustee is not requesting additional time to continue the settlement

4    discussions because she does not believe that additional time would be productive, so the Trustee

5    requests that the Court rule on the Trustee's pending motion for summary judgment.

6

7    DATED: November 12, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

8

9                                By:

10                                     Jeffrey L. Fillerup
                                       Attorneys for Plaintiff Andrea A. Wirum
11                                     Trustee in Bankruptcy

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2          Case No. 05-30047 TEC Adv. 05-3243 TC
                                           REPORT REGARDING OCTOBER 19, 2007
                                           STATUS CONFERENCE

## CERTIFICATE OF SERVICE

I, Cheryl Cormier, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served true and correct copies of the following:

**REPORT REGARDING OCTOBER 19, 2007 STATUS CONFERENCE**

on the parties listed below:

[X]   **ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States Bankruptcy Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

[X]   **BY FACSIMILE TRANSMISSION:** The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

**Fax. No. 650-429-2048**
Jonathan G. Chance, Esq.
JC Law Offices
205 East 3rd Avenue, Suite 411
San Mateo, CA 94401

**Fax. No. 650-873-3168**
William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA 94066

**Fax. No. 650-343-0593**
Mr. Ramin Yeganeh
724 East 4th Street
San Mateo, CA 94401

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on November 12, 2007, in San Francisco, California.

Cheryl Cormier

301021433.1

3

WILLIAM E. GILG
Attorney at Law
305 San Bruno Avenue West
San Bruno, CA 94066
(650) 871-8647
(650) 873-3168 (fax)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH, | ) Case No. C 07-03256 JSW |
| | ) |
| | ) Bankruptcy Adversary Proceeding |
| | ) Case No. 05-3241 |
| Debtor. | ) |
| | ) |
| _____ | ) |
| CHARLES E. SIMS, Trustee, | ) |
| | ) |
| | ) |
| | ) **PROOF OF SERVICE RE** |
| Plaintiff, | ) RESPONSE TO ORDER TO |
| | ) SHOW CAUSE |
| vs. | ) |
| | ) |
| ALLIED MANAGEMENT TRUST, | ) |
| K. YEGANEH, ET AL, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

I, the undersigned, state that I am a citizen of the United States and employed in

the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the

within cause; that I am an active member of the State Bar of California; that my business

address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

     [XX]  First Class Mail

     []  By facsimile  (see fax numbers for each party served)

     – by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: <u>DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE</u>

Parties Served:

CHARLES P. MAHER, ESQ.
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II, 121 Spear St., Suite 200
San Francisco, CA 94105
(415) 356-4610 (fax)

     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed at San Mateo, California on December 19, 2007.

               <u>/S/ WILLIAM E. GILG, ESQ.</u>
               Attorney for Defendants