IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RAMIN YEGANEH,

No. C 07-03256 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

_____/

The Court has received Appellant's response to the Order to Show Cause issued on December 11, 2007. Having considered this submission, the Order to Show Cause is hereby DISCHARGED. Although the Court finds that Appellant's response is less than forthright and that Appellant's counsel were on notice that failure to file timely the opening brief could lead to dismissal, the Court determines that dismissal is not warranted at this time. The Court admonishes Appellant that any further violations of this Court's orders will be subject to sanctions, including dismissal. Appellant shall file the opening brief by no later than February 14, 2008.

**IT IS SO ORDERED.**

Dated: February 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE