Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor in Interest to
Charles E. Sims

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>    Debtor, | Case No. C 07-03256 JSW |
| CHARLES E. SIMS, Trustee,<br><br>    Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>    Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br><br>**EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE APPELLEE'S OPENING BRIEF** |

Andrea A. Wirum, Appellee and Trustee in Bankruptcy of the estate of Ramin Yeganeh (Case No. 05-30047), successor in interest to Charles E. Sims, hereby requests a two-week extension of time in which to file her opening brief as Appellee in the above appeal.

The Appellant filed its opening brief on February 14, 2008, after the District Court discharged its order to show cause why the appeal should not be dismissed. The opening brief was originally due on October 21, 2007. The Court previously extended the briefing schedule by two months on

1  stipulation of the parties in August 2007.

2  The Appellee's brief is due March 5, 2008, 20 days after the Appellant's opening brief was
3  filed.

4  By this application, Appellee is requesting an extension of 14 days so that her opening brief
5  may be filed on or before March 19, 2008. A proposed form of order is attached as Exhibit A to the
6  Declaration of Charles P. Maher filed in support of this application. If granted, the extension would
7  delay the Court's review of the appeal by two weeks. The Appellee expects that the Court will not
8  require oral argument.

9  The appeal involves orders on three separate motions heard by the Bankruptcy Court. The
10 Appellee has encountered some difficulty in condensing its response to the appeal of all three orders
11 in a single document and is requesting an additional two weeks in which to complete and file its brief
12 in opposition.

13 Counsel for the Appellee attempted to contact William E. Gilg, counsel for the Appellant, on
14 March 3, 2008, to ask that counsel stipulate to the extension. Counsel for the Appellee has not
15 received a return call from Mr. Gilg and presumes that Mr. Gilg has been unable to respond to the
16 Appellee's request. Given the extra time the Appellant had in which to prepare its opening brief, the
17 Appellee believes that the request for a two-week extension is a reasonable request.

18 WHEREFORE Andrea Wirum respectfully requests entry of an order extending the time for
19 her file her opening brief from March 5, 2008, to March 19, 2008.

20

21 DATED: March 3, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

22

23                             By: /s/ Charles P. Maher
                                Charles P. Maher
24                              Counsel for Andrea A. Wirum, Appellee

25

26 301032769.1

27

28

2

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor in Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>　　　Debtor, | Case No. C 07-03256 JSW |
| CHARLES E. SIMS, Trustee,<br><br>　　　Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>　　　Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**DECLARATION OF CHARLES P. MAHER IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |

I, Charles P. Maher, declare as follows:

1.　　I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps, LLP, counsel of record to Andrea A. Wirum, Appellee in the above appeal. Ms. Wirum is Trustee in Bankruptcy of the estate of Ramin Yeganeh, Case No. 05-30047 currently pending in the United States Bankruptcy Court for the Northern District of California.

1    2.    The Appellant missed the October 21, 2007, deadline for filing his opening brief. On December 11, 2007, the Court issued an order to show cause why the appeal should not be dismissed. The Appellant served a response to the order to show cause.

3.    By order dated February 7, 2008, the Court discharged the order to show cause and required the Appellant to file its opening brief on or before February 14, 2008. In response to the February 7, 2008, order, the Appellant filed its opening brief on February 14, 2008.

4.    The appeal involves orders on three separate motions heard by the Bankruptcy Court. The Appellee has encountered some difficulty in condensing its response to the appeal of all three orders in a single document and is requesting an additional two weeks in which to complete and file its brief in opposition.

5.    On March 3, 2008, at approximately 1:30 p.m., I attempted to call William E. Gilg, counsel for the Appellant, to request his signature on a stipulation to an order extending the date for the Appellee to file an opening brief to March 19, 2008. I did not receive a call back from Mr. Gilg and presume he has been unable to return my call.

6.    Attached as **Exhibit A** is a proposed form of order granting the relief requested.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 3rd day of March 2008 in San Francisco, California.

_____
Charles P. Maher

301032772.1

2

# EXHIBIT A

# EXHIBIT A

Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
& SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor in Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>Debtor, | Case No. C 07-03256 JSW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**ORDER EXTENDING TIME FOR APPELLEE'S OPENING BRIEF** |

Based on the ex parte application of Andrea A. Wirum, successor in interest to Charles E. Sims and Appellee in the above appeal, and it appearing that good cause exists, it is

ORDERED that the date by which the Appellee must file her opening brief is extended from

/ / /

/ / /

1

1  March 5, 2008, to March 19, 2008, and the Appellant's reply brief, if any, is due 10 days after the date
2  on which Appellee's brief is filed.
3
4
5
6  Dated: _____           _____
7                                     JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17  301032773.1
18
19
20
21
22
23
24
25
26
27
28

```
 1  Charles P. Maher, State Bar No. 124748
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 2  Rincon Center II, 121 Spear Street, Suite 200
    San Francisco, California 94105-1582
 3  Telephone No.: 415.356.4600
    Fax No.: 415.356.4610
 4  E-Mail:  cmaher@luce.com

 5

 6  Attorneys for Appellee
    Andrea A. Wirum, Successor in Interest to
 7  Charles E. Sims
```

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | In Re RAMIN YEGANEH, | Case No. C 07-03256 JSW |
|---|---|---|
| 13 | Debtor, | |
| 14 | | |
| 15 | CHARLES E. SIMS, Trustee, | Bankruptcy Case No. 05-30047 TEC |
| 16 | Plaintiff/Appellee, | Adversary Pro. No. 05-3241 TEC |
| 17 | v. | |
| 18 | | |
| 19 | ALLIED MANAGEMENT TRUST, and KEN YEGANEH, | |
| 20 | Defendants/Appellants. | |
| 21 | | |

22
                          **CERTIFICATE OF SERVICE**
23

24     I, Nelly M. Quintanilla, declare:

25     I am employed in the City and County of San Francisco, State of California. I am over the

26  age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton

27  & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

28

1  On the date of execution hereof, at my place of business, I served true and correct copies of
2  the following:

**Ex Parte Application for Order Extending Time to File Appellee's Opening Brief**

**Declaration of Charles P. Maher in Support of Application for Extension of Time**

on the parties listed below:

☑  **BY FACSIMILE TRANSMISSION**: By causing a true facsimile thereof to be electronically transmitted to the parties by using their facsimile number indicated below.

**(650) 873-3168**

William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA  94066

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on March 3, 2008, in San Francisco, California.

_____
Nelly M. Quintanilla

301032779.1