Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
& SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor in Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>     Debtor,<br>_____<br><br>CHARLES E. SIMS, Trustee,<br><br>     Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>     Defendants/Appellants. | Case No. C 07-03256 JSW<br><br>Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**ORDER EXTENDING TIME FOR APPELLEE'S OPENING BRIEF** |

Based on the ex parte application of Andrea A. Wirum, successor in interest to Charles E. Sims and Appellee in the above appeal, and it appearing that good cause exists, it is

ORDERED that the date by which the Appellee must file her opening brief is extended from

/ / /

/ / /

1

1  March 5, 2008, to March 19, 2008, and the Appellant's reply brief, if any, is due 10 days after the date
2  on which Appellee's brief is filed.
3
4
5
6  Dated: _March 7, 2008_                             _/s/ Jeffrey S. White_
7                                                    JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17  301032773.1
18
19
20
21
22
23
24
25
26
27
28

2