**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMIN YEGANEH,<br><br>    Debtor<br>_____/<br><br>CHARLES E. SIMS, Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, K. YEGANEH, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03256 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Yeganeh v. Sims, et al.*, N.D. Civ. No. 06-2788-CW and *Yeganeh v. Sims,* N.D. Civ. No. 08-1399-CW.

**IT IS SO ORDERED.**

Dated: March 25, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Judge Claudia Wilken