WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
650-871-8647
650- 873-3168 (fax)

Attorney for Appellants,
Allied Management Trust, K. Yeganeh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH, | ) Case No. C 07-03256 JSW |
| | ) Bankruptcy Adversary |
| Debtor. | ) No. 05-3241 TEC |
| | ) |
| v. | ) STIPULATION RE EXTENSION OF |
| ALLIED MANAGEMENT TRUST, | ) TIME FOR FILING APPELLANTS' |
| K. YEGANEH, | ) REPLY BRIEF ON APPEAL FROM |
| | ) BANKRUPTCY COURT'S ORDERS |
| Defendants/Appellants. | ) |
| | ) |
| | ) [Local Rules 6-2, 7-12] |
| | ) |

The parties in the above-entitled proceeding, Andrea A. Wirum the trustee and

respondent, represented by Charles Maher, Esq., of Luce Forward, Hamilton & Scripps,

LLP, the defendants and appellants, Allied Management Trust and K. Yeganeh,

represented by William Gilg, Esq., hereby stipulate that the time for

defendants/appellants to file and serve their reply brief in this matter may be extended by

30 days. The scheduled date for the filing of appellants' reply brief is now scheduled for

March 29, 2008. This extension will continue that date to April 28, 2008.

## DECLARATION RE LOCAL RULE 6-2

I, WILLIAM E. GILG, declare as follows:

1. This is an appeal from final orders issued by the Bankruptcy Court of the Northern District of California, the Honorable Thomas E. Carlson presiding. These orders were an order granting the trustee's summary judgment motion and from an order denying the appellant's cross-summary judgment motion, entered in the Bankruptcy Court on June 11, 2007. On or about June 15, 2007, the appellants, Allied Management Trust and K. Yeganeh, filed a notice of appeal and an election to have said appeal heard by this District Court.

2. On February 14, 2008, appellants filed and served their opening brief.

3. On March 19, 2008, the respondent filed and served her opening brief.

4. Currently, the appellants' reply brief is due to be filed and served 10 days after the filing of the respondent's brief, on March 29, 2008.

5. The reason for this request for an enlargement of time for the filing of appellants' reply brief is that I have a jury trial scheduled for April 1, 2008 in the case of: Sadiq v. Rouda, et al; San Francisco Superior Court, Case No. CUD-08-624903. I attended a settlement conference in that matter yesterday, March 26, 2008. Unfortunately, the parties could not reach a settlement. If they had I would not be requesting this extension of time. However since I now have to prepare for a jury trial set for April 1st, I cannot adequately prepare my clients' reply brief in this complicated bankruptcy matter without this extension of time.

6. Appellants did receive an extension of time in which to file their opening brief, as, I believe, the respondent did also.

7. This time modification would change the date the appellants' reply brief is due to be filed from March 29, 2008 to April 28, 2008.

8. Today, March 27, 2008, I telephoned the respondent's attorney, Charles Maher, at (415) 356-4600. I personally spoke to Mr. Maher and asked if he would stipulate to an extension of 30 days for the appellants to file and serve their reply brief. Mr. Maher informed me that he would so stipulate and that I could inform this Court of same.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on March 27, 2008.

/S/ WILLIAM F. GILG
WILLIAM E. GILG, Attorney for Appellants

IT IS SO STIPULATED:

March 27, 2008

/S/ CHARLES MAHER, ESQ.
CHARLES MAHER, ESQ.
Attorney for Trustee/Respondent

March 27, 2008

/S/ WILLIAM F. GILG
WILLIAM E. GILG, ESQ.
Attorney for Appellants

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____

/S/ _____
JUDGE OF THE U.S. DISTRICT COURT

Stipulation re Enlargement of Time                3

<u>PROOF OF SERVICE</u>

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Mateo, that I am over the age of 18 and not a party to the within cause; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[ ]  Fax via (  )

[]  Personal Service

--by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: <u>STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANTS' REPLY BRIEF ON APPEAL FROM BANKRUPTCY COURT'S ORDERS</u>

Party Served:  CHARLES P. MAHER, ESQ.
            Luce, Forward, Hamilton & Scripps, LLP
            Rincon Center II, 121 Spear St., Suite 200
            San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Bruno, California on March 27, 2008.

/S/ WILLIAM E. GILG
WILLIAM E. GILG

1