Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, and successor-in-interest to Charles E. Sims as Trustee, respectfully represents:

1. The above appeal was commenced by the filing of a notice of appeal on the Bankruptcy Court on April 17, 2006.

2. By order of this Court dated October 23, 2006, the Court affirmed the order of the Bankruptcy Court approving a compromise of certain claims filed against the Debtor in the bankruptcy case. The District Court's order is on appeal to the Ninth Circuit.

3. On April 8, 2008, this Court signed a related case order, finding that the following appeals of Bankruptcy Court orders to the District Court are related to the above case:

(a) C-07-03256

(b) C-08-01399

(c) C-08-01400

(d) C-08-01401

4. All of the above cases have been reassigned to this Court. The four appeals identified in paragraph 3 grow out of adversary proceedings in which the Trustee sought to "avoid" and recover fraudulent transfers of real property by the Debtor to his parents or alleged trusts controlled by them or the Debtor.

5. On March 14, 2008, yet another appeal was filed. The new appeal is District Court Case No. C-08-01816 MHP. Like the order appealed in Case No. C-06-02788 CW, the latest appeal is of a Bankruptcy Court order authorizing the Trustee to compromise the amount and classification of claims of certain creditors against the Debtor's bankruptcy estate, and overruling the Debtor's objection to the compromise.

6. The parties in C-06-02788 were the Trustee Charles E. Sims and Debtor Ramin Yeganeh. Mr. Sims died in September 2006.

7. The parties in the latest appeal, Case No. C-08-01816 MHP, are Mr. Sims's successor Andrea A. Wirum and Debtor Ramin Yeganeh.

8. In the above case, this Court affirmed the Bankruptcy Court's order authorizing the compromise of claims. The Trustee had proposed a compromise with the estate's major creditors, judgment creditors and their attorneys in an action in San Mateo County. The result of the compromise proposed to the Bankruptcy Court was a reduction in the monetary amount of the attorney fee award and reclassification of part of the attorney fee award as subordinated to "general unsecured claims."

9. The latest appeal is of an order authorizing the Trustee to compromise the claim of Robert and Alyssa Scott who filed a $500,000 claim against the Debtor and his estate. By the compromise, the Trustee succeeded in reducing the claim to a "general unsecured claim" in the

amount of $100,000 and a subordinated claim in the amount of $125,000.

10. As with the compromise involving the San Mateo judgment creditors, the Debtor asserted that the Scotts were entitled to no claim at all and that no compromise should be approved. The Bankruptcy Court overruled the Debtor's objection.

11. The Trustee believes that the latest appeal is a case related to all of the prior appeals and requests an order relating the latest appeal under Civil Local Rule 3-12(a).

12. Pursuant to Civil Local Rule 7-11(a), the Trustee and the Debtor have stipulated to entry of an order relating the latest appeal to the others. An authentic copy of the stipulation is attached as Exhibit A to the Declaration of Charles P. Maher.

13. A proposed form of order is attached as Exhibit B to the Maher Declaration.

WHEREFORE Appellee requests that the Court determine that the appeal in Case No. C-08-01816 is related to the above appeal and the other appeals that have been reassigned by this Court's order dated April 8, 2008.

DATED: April 25, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: [signature]
Charles P. Maher
Counsel for Andrea A. Wirum, Successor-in-Interest to Charles E. Sims

301035852.1

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor-in-Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Charles P. Maher, declare as follows:

1. I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps, LLP, counsel of record to Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, and successor-in-interest to Charles E. Sims, the former Trustee, and Appellant in the above case. Mr. Sims died in September 2006. Ms. Wirum was appointed to succeed him as Trustee.

2. The above appeal was commenced by the filing of a notice of appeal in the United States Bankruptcy Court on April 17, 2006. The order from which appeal was taken was an order authorizing the Trustee to enter into a compromise of the amount and categorization of claims of certain creditors over the Debtor's objection.

3. By order dated April 8, 2008, this Court found that the following cases (which are appeals of judgments or orders from adversary proceedings in the Ramin Yeganeh bankruptcy case) are cases related to the above appeal:

(a) District Court Case No. C-07-03256

(b) District Court Case No. C-08-01399 CW (Sims v. F. Namdaran)

(c) District Court Case No. C-08-01400 MHP (Sims v. Coast Development Trust)

(d) District Court Case No. C-08-01401 JSW (Sims v. Advanta Trust)

4. On March 14, 2008, the Debtor commenced another appeal. The latest appeal, like the first appeal, is of an order authorizing the Trustee to compromise the claim of two creditors over the Debtor's objection.

5. Based on this Court's April 8, 2008, Related Case Order, the new appeal, the above appeal, and the appeals identified in paragraph 3 above, appear to be related cases.

6. Consistent with Civil Local Rule 7-11(a) of the United States District Court for the Northern District of California, I contacted William E. Gilg, the attorney who filed the notices of appeal in each of the three adversary proceedings on behalf of the Defendants, and suggested that Mr. Gilg stipulate that the three new appeals are cases related to the above-captioned appeal. I made this communication by letter dated April 18, 2008, and conveyed with my letter a proposed stipulation. Mr. Gilg returned the stipulation with his signature on April 23, 2008. An authentic copy is attached as **Exhibit A**.

7. I have prepared a proposed form of order stating that the three appeals identified in paragraph 5 above are cases related to the above-captioned appeal. The proposed form of order is attached as **Exhibit B**.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 25th day of April 2008 in San Francisco, California.

[signature]

Charles P. Maher

301036635.1

# EXHIBIT A

EXHIBIT A

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**STIPULATION RE DETERMINATION OF RELATED CASES** |

Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, and Appellee in the above appeal as successor-in-interest to Charles E. Sims, and Ramin Yeganeh, through their counsel, stipulate as follows:

1. By order dated April 8, 2008, the Honorable Claudia Wilken found that the following appeals were cases related to the above appeal:

(a) District Court Case No. C-07-03256 (Sims v. Allied Management Trust)

(b) District Court Case No. C-08-01399 (Sims v. F. Namdaran)

(c) District Court Case No. C-08-01400 (Sims v. Coast Development Trust)

(d) District Court Case No. C-08-01401 (Sims v. Advanta Trust)

2. On March 14, 2008, Ramin Yeganeh, the Debtor in the above bankruptcy case, commenced an appeal of an order of the Bankruptcy Court authorizing the Trustee to enter into a compromise of the claim of Robert and Alyssa Scott. The District Court Case No. for the appeal is Case No. C-08-01816 MHP.

3. The Appellant and Appellee stipulate to entry of an order finding that Case No C-08-01816 MHP is a case related to the above case.

DATED: April 23, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: [signature]
Charles P. Maher
Counsel for Andrea A. Wirum, Successor-in-Interest to Charles E. Sims

DATED: April 23, 2008

LAW OFFICES OF WILLIAM E. GILG

By: [signature]
William E. Gilg
Counsel for Ramin Yeganeh

301036348.1

# EXHIBIT B

EXHIBIT B

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor-in-Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>Debtor, | Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**RELATED CASE ORDER** |

An administrative motion to consider whether cases should be related has been filed for an order that the following cases are related within the meaning of Civil Local Rule 3-12(a):

(a) C 06-02788 CW: Yeganeh v. Sims

(b) C 08-01401 CW: Charles E. Sims v. Advanta Trust

(c) C 08-01400 CW: Charles E. Sims v. Coast Development Trust

(d) C 08-01399 CW: Charles E. Sims v. F. Namdaran

(e) C 07-03256 CW: Charles E. Sims v. Allied Management Trust

(f) C 08-01816 MHP: Yeganeh v. Wirum

This Court has previously ordered that the cases identified as (a) – (e) above are related cases.

ORDER

The Appellant and Appellee in Case No. C 08-01816 MHP have stipulated that Case No. C 08-01816 MHP is a case related to the prior cases as defined by Civil Local Rule 3-12(a). On the basis of the materials submitted to the Court, as the Judge assigned the earliest filed case, I find that the cases:

[ ] ARE NOT RELATED as defined by Civil Local Rule 3-12(a).

[ ] ARE RELATED as defined by Civil Local Rule 3-12(a). Pursuant to Civil Local Rule 3-12(f), the Clerk of the Court is ordered to reassign the later-filed actions to the undersigned. Counsel are instructed that all future filings are to bear the initials CW immediately after the case number. All matters presently scheduled for hearing in the reassigned cases are vacated and must be re-noticed for hearing before the undersigned.

Dated: ____________________

______________________________________
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

Dated: ____________________

______________________________________
Deputy Clerk

301034312.2

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor-in-Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>Debtor, | Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I, Nelly M. Quintanilla, declare that:

1. I am employed in the City and County of San Francisco, California. My business address is 121 Spear Street, Ste. 200, San Francisco, California 94105. I am over the age of 18 years and not a party to the above-entitled action. I work in the office of a member of the bar of this Court, at whose direction the service was made.

2. I am familiar with Luce, Forward, Hamilton & Scripps, LLP's, practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed

thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

3. On this date, I served the following documents:

**Administrative Motion to Consider Whether Cases Should be Related**

**Declaration in Support of Administrative Motion to Consider Whether Cases Should be Related**

**Certificate of Service by Mail**

by placing a true copy thereof enclosed in a sealed envelope, postage thereon fully prepaid, in the designated area for outgoing mail at San Francisco, California, which envelopes were addressed to the following persons:

William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA 94066

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 25, 2008, in San Francisco, California.

/s/ Nelly M. Quintanilla
Nelly M. Quintanilla