Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

Appellee Andrea A. Wirum, successor-in-interest to Charles E. Sims, hereby notifies the Court that a settlement of issues between the Appellant and Appellee in the above appeal was reached on June 3, 2008, and read into the record in the United States Bankruptcy Court, the Honorable Thomas E. Carlson, presiding.

The tentative settlement was read into the record in Adversary Proceeding No. 05-3240, Adversary Proceeding No. 05-3242, and Adversary Proceeding No. 05-3243.

The tentative settlement is subject to subsequent Bankruptcy Court approval on notice to creditors in the above bankruptcy case. If the compromise is approved, the above appeal will be

moot and will be dismissed by stipulation.

The undersigned certifies that he spoke with counsel for the Appellant, William E. Gilg, on June 4, 2008, and that Mr. Gilg gave his consent to the filing of this notice.

DATED: June 4, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: [signature]
Charles P. Maher
Counsel for Appellee Andrea A. Wirum, Successor-in-Interest to Charles E. Sims

301039906.1

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Attorneys for Appellee
Andrea A. Wirum, Successor-in-Interest to
Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>Debtor, | Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br>**CERTIFICATE OF SERVICE** |

I, Nelly M. Quintanilla, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served true and correct copies of the following:

**Notice of Tentative Settlement**

on the parties listed below:

☒ **BY E-MAIL**: By transmitting a PDF file of the document(s) listed above to the e-mail address listed below.

williamgilg@msn.com

William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA 94066

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 4, 2008, in San Francisco, California.

Nelly M. Quintanilla

301039907.1