Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**NOTICE OF ENTRY OF BANKRUPTCY COURT ORDER AUTHORIZING COMPROMISE AND DISMISSAL OF APPEAL** |

Appellee Andrea A. Wirum files this notice of entry of the Bankruptcy Court order authorizing a compromise between the Appellants and Appellee and further authorizing a dismissal of the above case, an appeal of a summary judgment entered by the Bankruptcy Court.

Appellee and Appellants will be filing a stipulation to dismissal of appeal promptly.

DATED: July 29, 2008                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Charles P. Maher
Counsel for Appellee Andrea A. Wirum, Successor-in-Interest to Charles E. Sims

301043872.1

1

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail: cmaher@luce.com

Counsel Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RAMIN YEGANEH,<br><br>    Debtor, | Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>    Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>    Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Pro. No. 05-3241 TEC<br><br><br>**CERTIFICATE OF SERVICE** |

    I, Nelly M. Quintanilla, declare:

    I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

    On the date of execution hereof, at my place of business, I served true and correct copies of the following:

**Notice of Entry of Bankruptcy Court Order Authorizing Compromise and Dismissal of Appeal**

on the parties listed below:

☒    **BY MAIL:** By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

William E. Gilg, Esq.
305 San Bruno Avenue West
San Bruno, CA  94066

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 29, 2008, in San Francisco, California.

_____
Nelly M. Quintanilla

301043912.1