Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**STIPULATION TO DISMISSAL OF APPEAL** |

Appellants Allied Management Trust and Kaikhosrow Yeganeh and Appellee Andrea A. Wirum, successor-in-interest to Charles E. Sims, stipulate to dismissal of the above appeal pursuant to order of the United States Bankruptcy Court entered in the bankruptcy docket on July 28, 2008, as Docket No. 427, a copy of which is attached as **Exhibit A** to this stipulation.

DATED: July ___, 2008          LAW OFFICES OF WILLIAM GILG


By: _____
William Gilg
Counsel for Appellants

1

JUL-29-2008 13:48 From:LUCE         4159564611              To:650 873 3168         P.6/12

1  Charles P. Maher, State Bar No. 124748
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4

5  Counsel for Andrea A. Wirum
   Successor-in-Interest to Charles E. Sims
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | In re RAMIN YEGANEH,              | District Court Case No. C 07-03256 CW
11 |                                   |
   |        Debtor.                    |
12 |_____|
13 | CHARLES E. SIMS, Trustee,         | Bankruptcy Case No. 05-30047 TEC
   |                                   | Adversary Proc. No. 05-3241 TEC
14 |        Plaintiff/Appellee,        |
15 | v.                                |
16 |                                   | **STIPULATION TO DISMISSAL OF**
   | ALLIED MANAGEMENT TRUST, and KEN  | **APPEAL**
17 | YEGANEH,                          |
18 |        Defendants/Appellants.     |
19

20      Appellants Allied Management Trust and Kaikhosrow Yeganeh and Appellee Andrea A.
21 Wirum, successor-in-interest to Charles E. Sims, stipulate to dismissal of the above appeal
22 pursuant to order of the United States Bankruptcy Court entered in the bankruptcy docket on July
23 28, 2008, as Docket No. 427, a copy of which is attached as **Exhibit A** to this stipulation.
24 DATED: July 31, 2008              LAW OFFICES OF WILLIAM GILG
25
26                                   By: _____
27                                       William Gilg
                                         Counsel for Appellants
28

1

1
2  DATED: July 31, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3
4                                  By: _____
5                                      Charles P. Maher
                                       Counsel for Appellee Andrea A. Wirum, Successor-in-
6                                      Interest to Charles E. Sims
7  301042389.1
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# EXHIBIT A

Entered on Docket
July 28, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 25, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re RAMIN YEGANEH,

Debtor.

Case No. 05-30047 TEC
Chapter 7

### ORDER AUTHORIZING COMPROMISE

Based on the Trustee's request and the supporting declaration of counsel, and it appearing from those documents that notice has been adequate, that no creditor or other party in interest has objected, and that good cause exists, it is

ORDERED as follows:

1.   The Trustee is authorized to enter into the compromise with Farin Yeganeh and trusts related to her described in the Trustee's June 6, 2008, notice to creditors.

2.   Pursuant to the settlement between the Trustee and Ms. Yeganeh and other defendants read into the record on June 3, 2008, and the stipulations to entry of judgment filed on June 3, 2008, in each of the adversary proceedings, the Trustee shall have judgment in her favor in the following adversary proceedings:

(a)   Wirum v. F. Namdaran (Adversary Proceeding No. 05-3240);

(b)   Wirum v. Coast Development Trust (Adversary Proceeding No. 05-3242); and

(c)   Wirum v. Advanta Trust (Adversary Proceeding No. 05-3243).

3. The Trustee is authorized to release to Kaikhosrow Yeganeh all of the estate's right, title, and interest in five parcels of real property recovered by the Trustee by judgment entered on July 30, 2007, in Adversary Proceeding No. 05-3241 (Wirum v. Allied Management Trust) by quit claim deed or by order vacating this Court's summary judgment entered on July 30, 2007, and dismissing Adversary Proceeding No. 05-3241 with prejudice, and is authorized to execute a stipulation to dismissal of the appeal of the summary judgment currently pending in the United States District Court as Case No. C 07-03256 CW.

4. Based on the representation on the record on June 3, 2008, and the request for entry of order and supporting declaration of counsel submitted by the Trustee, Farin Yeganeh and Kaikhosrow Yeganeh in their individual and representative capacities are ordered to provide the Trustee in care of her counsel with no less than 10 days written notice before executing any documents to either convey or encumber the following real property:

(a) 1621 104th Avenue, Oakland
(b) 1245 82nd Avenue, Oakland
(c) 6708 Simson, Oakland
(d) 9233 C Street, Oakland
(e) 26557 Huntwood Avenue, Hayward
(f) 988 Rose Street, Hayward
(g) 5121 Dupont Avenue, Newark
(h) 440 Rossmoor Avenue, Oakland
(i) 9928 Holly Street, Oakland
(j) 1436 74th Avenue, Oakland
(k) 1929 89th Avenue, Oakland
(l) 2142 Mann Avenue, Union City
(m) 32549 Deerborn Street, Hayward
(n) 938 60th Street, Oakland
(o) 4437 Fellows Street, Union City

| | | |
|---|---|---|
| 1 | (p) | 729 Tilton Avenue, San Mateo |
| 2 | (q) | 27732 Pompano Avenue, Hayward |
| 3 | (r) | 1195 147th Avenue, San Leandro |

5. The obligation imposed in paragraph 4 above shall expire on December 4, 2008.

6. The Trustee is authorized to take those steps she deems necessary to complete the compromise consistent with her June 6, 2008, notice to creditors.

**\*\* END OF ORDER \*\***

|   |   |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | Charles P. Maher, CSBN 124748 |
|   | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 5 | 121 Spear Street, Suite 200 |
|   | San Francisco, California 94105 |
| 6 | |
| 7 | |
| 8 | United States Trustee |
|   | 235 Pine Street, Suite 700 |
| 9 | San Francisco, CA  94105 |
| 10 | |
| 11 | Jonathan G. Chance, Esq. |
|   | JC Law Office |
| 12 | 1840 Gateway Drive, Suite 200 |
|   | Foster City, CA, 94404 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | 301041786.2 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |