Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Andrea A. Wirum
Successor-in-Interest to Charles E. Sims

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH,<br><br>　　　　　　Debtor. | District Court Case No. C 07-03256 CW |
| CHARLES E. SIMS, Trustee,<br><br>　　　　Plaintiff/Appellee,<br><br>v.<br><br>ALLIED MANAGEMENT TRUST, and KEN YEGANEH,<br><br>　　　　Defendants/Appellants. | Bankruptcy Case No. 05-30047 TEC<br>Adversary Proc. No. 05-3241 TEC<br><br>**ORDER DISMISSING APPEAL** |

　　Based on the stipulation of Appellant and Appellee and it appearing that the parties have entered into a compromise approved by the Bankruptcy Court, it is

　　ORDERED that the above appeal is dismissed.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

301042411.1